UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DENISE CRUMWELL,

                     **Plaintiff,**                              23-CV-01755 (JHR)(SN)

       -against-                                      **ORDER**

JTH TAX LLC,

                     **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On July 28, 2023, Defendant JTH Tax LLC informed the Court that NextPoint Financial Inc., in its capacity as Defendant's duly appointed foreign representative, filed a petition for relief under Chapter 15 of Title 11 of the United States Code ("Bankruptcy Code") in United States Bankruptcy Court. On July 27, 2028, the Bankruptcy Court entered an order recognizing Defendant's ongoing proceeding before the Supreme Court of Canada and granted provisional relief pursuant to Section 1519 of the Bankruptcy Code. Accordingly, the Court STAYS this matter, see 11 U.S.C. §§ 1520-1, and directs Defendant to file a status letter on the bankruptcy case every 90 days, or within two weeks from a discharge from bankruptcy, whichever is sooner.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                       United States Magistrate Judge

DATED:      August 7, 2023
               New York, New York