**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

DENISE CRUMWELL,

                         **Plaintiff,**

          -against-

JTH TAX LLC,

                         **Defendant.**

-----------------------------------------------------------------X

**23-CV-01755 (JHR)(SN)**

**ORDER**

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 11/13/2023

**SARAH NETBURN, United States Magistrate Judge:**

      On August 7, 2023, the Court stayed this matter and ordered Defendant to file a status letter on the pending bankruptcy proceeding every 90 days. Accordingly, the deadline to file the first status letter was November 6, 2023. To date, no such letter has been filed. Defendant is ordered to file that status letter by November 16, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      November 13, 2023
                New York, New York